**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | |
|---|---|
| TOVIA GROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>    Defendant. | Case No: 7:25-cv-6265-NSR |

## <u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MELANIE K. CHAN</u>

Pursuant to Local Civ. Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Melanie K. Chan applies for leave to withdraw as counsel for Defendant Experian Information Solutions, Inc. Withdrawal is necessary because Ms. Chan will no longer work for Jones Day after September 19, 2025. In connection with the withdrawal, the clerk is requested to remove the undersigned from the CM/ECF service list.

Jones Day will continue to serve as counsel for Experian. The matter is in the initial pleadings stage. Ms. Chan's withdrawal will not occasion a request for an extension of any deadlines in this case. Ms. Chan does not assert a retaining or charging lien in connection with her departure.

Dated:  September 16, 2025

Respectfully submitted,

/s/ Melanie K. Chan
Melanie K. Chan
JONES DAY
250 Vesey Street, 34th Floor
New York, NY 10281
Telephone: 212.326.3654
Facsimile: 212.755.7306
melaniechan@jonesday.com

*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Melanie K. Chan, certify that on September 16, 2025, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MELANIE K. CHAN to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.


Dated: September 16, 2025


*/s/ Patrick L. Wright*
Patrick L. Wright